```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        :    CIVIL ACTION
                                 :    NO. 11-7316
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
BAKER FUNERAL HOME, LTD., et al.,:
                                 :
     Defendants.                 :
```

### ORDER

**AND NOW**, this **13th** day of **July, 2016,** upon consideration of the Government's Third Motion for Contempt (ECF No. 51) and following an evidentiary hearing held on the record on June 15, 2016, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1.  The Government's Third Motion for Contempt (ECF No. 51) is **GRANTED,** the Court finding that Vince Baker; Marcia Baker; Baker Funeral Home, Ltd.; and Baker Funeral Home, PC, are in civil contempt of the Amended Permanent Injunction (ECF No. 33) and the Consent Order for Appointment of Receiver and Payments of Attorney's Fees (ECF No. 40) and that those individuals and entities are unlikely to comply with the Internal Revenue Code in the future.

2.  A status and scheduling conference will be **HELD** on **August 19, 2016,** at **10:00 A.M.** in Courtroom 15A, James A.

Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, during which the Court will fix a date for a hearing to determine the contours of the expanded injunction, sanctions against the contemnors, and other remedies as may be appropriate and set a briefing schedule and each party's order of proof.

3. To aid in the preparation for the status and scheduling conference, the Government shall **SUBMIT** on or before **August 12, 2016,** a proposed form of order setting forth its requested relief.

4. The Court's pendente lite order dated June 16, 2016 (ECF No. 74) shall **REMAIN** in full force and effect until further order of the Court.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**